United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeremy A. Smiler  
Amy R. Smiler  
    Debtors

Case No. 14-18215-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: Sep 15, 2016  
Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2016.  
13484776    +Seterus, Inc. as the authorized subservicer for Fe,   PO Box 54420,  
       Los Angeles, CA 90054-0420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:  
    JAMES RANDOLPH WOOD   on behalf of Creditor   Township of Valley jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
    JENIECE D. DAVIS   on behalf of Creditor   Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com  
    JILL MANUEL-COUGHLIN   on behalf of Creditor   SETERUS, INC. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com  
    JOSHUA C HUMPHRIES   on behalf of Joint Debtor Amy R. Smiler jhumphries@keaveneylegalgroup.com, data@keaveneylegalgroup.com  
    JOSHUA C HUMPHRIES   on behalf of Debtor Jeremy A. Smiler jhumphries@keaveneylegalgroup.com, data@keaveneylegalgroup.com  
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Federal National Mortgage Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Wilmington Savings Fund Society bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com  
    TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-18215-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Jeremy A. Smiler
10 Hillcrest Road
Coatesville PA 19320

Amy R. Smiler
10 Hillcrest Road
Coatesville PA 19320

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/14/2016.

Name and Address of Alleged Transferor(s):

Claim No. 6: Seterus, Inc. as the authorized subservicer for Fe, PO Box 54420, Los Angeles, CA 90017

Name and Address of Transferee:

Wilmington Savings Fund Society, FSB
500 Delaware Avenue, 11th Fl.
Wilmington, DE 19801

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/17/16

Tim McGrath
**CLERK OF THE COURT**