# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                      Chapter 13

                                                      Bankruptcy No. 14-18215-ELF

      JEREMY A. SMILER
      AMY R. SMILER
      10 HILLCREST ROAD

      COATESVILLE, PA 19320

          Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      JEREMY A. SMILER
      AMY R. SMILER
      10 HILLCREST ROAD

      COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

      JOSHUA C HUMPHRIES
      1101 KINGS HIGHWAY NORTH
      SUITE G100
      MT LAUREL, NJ 08034-

Date: 2/20/2018

                                                        /S/ William C. Miller
                                                        _____
                                                        William C. Miller, Esquire
                                                       Chapter 13 Standing Trustee