JOSHUA HUMPHRIES, ESQ.
Attorney ID No. 209097
Keaveney Legal Group
1101 Kings Highway North
Suite G100
Cherry Hill, NJ 08034
Telephone: (856) 831-7119
Facsimile: (856) 282-1090

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Jeremy Smiler<br>Amy Smiler | Chapter 13<br>Bky. No. :14-bk-18215-elf<br><br>Judge Eric L. Frank<br><br>Hearing: June 19, 2018 at 1:00 pm |

**NOTICE OF MOTION TO AMEND CHAPTER 13 PLAN POST CONFIRMATION**

Debtors, Jeremy and Amy Smiler, by and through their attorney, Joshua Humphries, Esquire, has filed a Motion to Amend the Chapter 13 Plan Post Confirmation.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have an attorney in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the Application or you want the court to consider your views on the Application, then on or before **June 12, 2018**, you or your attorney must do all of the following:

   a. File an answer explaining your position at:

   United States Bankruptcy Court, Eastern District of Pennsylvania
   Robert N.C. Nix, Sr. Federal Courthouse
   900 Market Street, Suite 201
   Philadelphia, PA 19107

-1-

If you mail your answer to the Bankruptcy Clerk's Office for your filing, you must mail it early enough so that it will be received on or before the date stated above; and

      b.   Mail a copy to the Debtor's attorney:

>Joshua Humphries, Esquire
>Keaveney Legal Group
>1101 Kings Highway North
>Suite G100
>Cherry Hill, NJ 08034
>Phone: 856-831-7119
>Fax: 856-282-1090

    2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

    3.   A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on **June 19, 2018 at 1:00 p.m.** in the Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107, Courtroom #1.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which a witness may testify with respect to disputed material factual issues in the matter directed by Fed. R. Bankr. P. 9014(d).

    4.   If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.   You may contact the Bankruptcy Clerk's Office at (215) 408-2970 to find out whether the hearing has been cancelled because no one has filed an answer.

Dated:  May 21, 2018                           /s/ Joshua Humphries
                                                                                                     _____
                                                                                                     Joshua Humphries, Esq.