JOSHUA HUMPHRIES, ESQ.
Attorney ID No. 209097
Keaveney Legal Group
1101 Kings Highway North
Suite G100
Cherry Hill, NJ 08034
Telephone: (856) 831-7119
Facsimile: (856) 282-1090

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Jeremy Smiler<br>Amy Smiler | Chapter 13<br><br>Bky. No. :14-bk-18215-ELF |

**CERTIFICATE OF SERVICE**

    I, Jamie A. Day, Paralegal to Joshua Humphries, with Keaveney Legal Group, 1101 Kings Highway North, Suite G100, Cherry Hill, NJ 08034 do hereby certify that on November 1, 2017, service of a true and correct copy of the attached pleadings including the Motion to Amended Plan and notice of hearing, and attachments thereto, was delivered by first class mail and/or electronic filing to the below named interested parties:

| **Name and Address** | **Mode of Service** |
|---|---|
| CHARLES J DEHART, III<br>ecfemails@ph13trustee.com; philaecf@gmail.com | Electronically |
| United States Trustee<br>ustpregion03.ha.ecf@usdoj.gov | Electronically |
| Jeremy and Amy Smiler<br>10 Hillcrest Road<br>Coatesville, PA 19320 | First Class Mail, Postage Prepaid |

| | |
|---|---|
| Capital One<br>26525 N. Riverwoods Blvd.<br>Mettawa, IL 60045-3440 | First Class Mail, Postage Prepaid |
| CitiBank<br>P. O. Box 790034<br>St. Louis, MO 63179-0034 | First Class Mail, Postage Prepaid |
| CitiMortgage<br>1000 Technology Drive<br>O'Fallon, MO 63368-2240 | First Class Mail, Postage Prepaid |
| Discover Bank<br>DB Servicing Corporation<br>P. O. Box 3025<br>New Albany, OH 43054-3025 | First Class Mail, Postage Prepaid |
| Discover Financial Services, LLC<br>P. O. Box 15316<br>Wilmington, DE 19850-5316 | First Class Mail, Postage Prepaid |
| Federal National Mortgage Association<br>14221 Dallas Pkwy.<br>Suite 100<br>Dallas, TX 75254-2951 | First Class Mail, Postage Prepaid |
| Federal National Mortgage Association<br>c/o Rosicki, Rosicki & Associates, PC<br>51 E/ Bethpage Rd.<br>Plainview, NY 11803-4224 | First Class Mail, Postage Prepaid |
| Gregory Javardian, Esq.<br>Powers, Kirn, & Associates, LLC<br>1310 Industrial Highway<br>Suite 101<br>Southampton, PA 18966-4030 | First Class Mail, Postage Prepaid |
| KML Law Group, PC<br>bkgroup@kmllawgroup.com<br>tpuleo@kmllawgroup.com | Electronically |
| Midland Funding<br>8875 Aero Dr., Suite 200<br>San Diego, CA 92123-2255 | First Class Mail, Postage Prepaid |

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>P. O. Box 41067<br>Norfolk, VA 23541-1067 | First Class Mail, Postage Prepaid |
| Seterus, Inc.<br>14523 SW Millikan Way St.<br>Beaverton, OR 97005-2352 | First Class Mail, Postage Prepaid |
| Seterus, Inc. as authorized servicer<br>P. O. Box 54420<br>Los Angeles, CA 90054-0420 | First Class Mail, Postage Prepaid |
| Tbf Financial LLC<br>740 Wauken Rd., Suite 404<br>Deerfield, IL 60015-5505 | First Class Mail, Postage Prepaid |
| Township of Valley<br>c/o Portnoff Law Associates, LTD<br>P. O. Box 3020<br>Norristown, PA 19404-3020 | First Class Mail, Postage Prepaid |
| Township of Valley<br>c/o Portnoff Law Associates, LTD<br>Attn.: James R. Woods, Esq.<br>1000 Sandy Hill Rd., Suite 150<br>Norristown, PA 19401-4181 | First Class Mail, Postage Prepaid |
| Wells Fargo Bank, NA<br>P. O. Box 10438<br>Des Moines, IA 50306-0438 | First Class Mail, Postage Prepaid |
| Wells Fargo Home Products<br>Wells Fargo Financial<br>1 Home Campus, 3rd Floor<br>Des Moines, IA 50328-0001 | First Class Mail, Postage Prepaid |

Date: November 1, 2017     /s/ Jamie A. Day

_____
Jamie A. Day, Bankruptcy Paralegal
Keaveney Legal Group