# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| JEREMY A. and AMY R. SMILER, | : | No. 14-18215-ELF |
| | : | Judge: Hon. Eric L. Frank |
| | : | Hearing Date: June 19, 2018 |
| Debtor. | : | |
| | : | |

## **ORDER**

AND NOW, on this _____ day of _____, 20__, upon consideration of the Debtors' Motion to Modify Confirmed Chapter 13 Plan Post Confirmation, and any responses thereto, it is ORDERED that the Debtors' Motion is GRANTED and the Modified Plan is CONFIRMED.

_____
Hon. Eric L. Frank
United States Bankruptcy Judge