United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeremy A. Smiler
Amy R. Smiler
    Debtors

Case No. 14-18215-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jun 20, 2018
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2018.
db/jdb         +Jeremy A. Smiler,    Amy R. Smiler,    10 Hillcrest Road,    Coatesville, PA 19320-1873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                               Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2018 at the address(es) listed below:
       DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society bkgroup@kmllawgroup.com
       JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Valley jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
       JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM,    bonnie@mvrlaw.com
       JILL MANUEL-COUGHLIN    on behalf of Creditor    SETERUS, INC. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com
       JOSHUA C HUMPHRIES    on behalf of Debtor Jeremy A. Smiler jhumphries@keaveneylegalgroup.com, data@keaveneylegalgroup.com;r46514@notify.bestcase.com
       JOSHUA C HUMPHRIES    on behalf of Joint Debtor Amy R. Smiler jhumphries@keaveneylegalgroup.com, data@keaveneylegalgroup.com;r46514@notify.bestcase.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
       REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society bkgroup@kmllawgroup.com
       THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                   TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JEREMY A. SMILER & | : | |
| AMY R. SMILER, | : | |
| Debtors | : | Bky. No.  14-18215 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #113 ) is **APPROVED**.

**Date: June 20, 2018**

**ERIC L. FRANK**
 **U.S. BANKRUPTCY JUDGE**