# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 14-18215-ELF

JEREMY A. SMILER
AMY R. SMILER
10 HILLCREST ROAD

COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JEREMY A. SMILER
    AMY R. SMILER
    10 HILLCREST ROAD

    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    JOSHUA C HUMPHRIES, ESQ
    KEAVENEY LEGAL GROUP
    1000 MAPLEWOOD DRIVE-STE 202
    MAPLE SHADE, NJ 08052-

/S/ William C. Miller

Date: 4/30/2019

William C. Miller, Esquire
Chapter 13 Standing Trustee