United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeremy A. Smiler  
Amy R. Smiler  
    Debtors

Case No. 14-18215-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 2      Date Rcvd: Jun 16, 2020  
                     Form ID: 138NEW      Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.

```
db/jdb         +Jeremy A. Smiler,    Amy R. Smiler,    10 Hillcrest Road,    Coatesville, PA 19320-1873
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 E. Bethpage Road,    Plainview, NY 11803-4224
cr             +Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13404075      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
13404076       +Citimortgage,    1000 Technology Drive,    O Fallon, MO 63368-2240
13404078       +Federal National Mortgage Assoc.,    14221 Dallas Pkwy,    Suite 100,    Dallas, TX 75254-2951
13404079       +Gregory Javardian, Esq.,    Powers, Kirn & Associates, LLC,    1310 Industrial Hwy,    Suite 101,
                 Southampton, PA 18966-4030
13404082      ++SETERUS INC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005)
13484776       +Seterus, Inc. as the authorized subservicer for Fe,    PO Box 54420,
                 Los Angeles, CA 90054-0420
13404083       +Syretta J. Martin, Esq.,    120 Corporate Blvd.,    Norfolk, VA 23502-4952
13460953       +Township of Valley,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13451285        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
14263255       +Wells Fargo Bank, NA,    PO Box 14487,    Des Moines, IA 50306-3487
13404085       +Wells Fargo Home Projects,    Wells Fargo Finanancial,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
13748745       +Wilmington Savings Fund Society,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13839186       +Wilmington Savings Fund Society FSB,    c/o Thomas Puleo, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Jun 17 2020 04:23:20    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 17 2020 04:22:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 17 2020 04:23:13    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13404073       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 17 2020 04:29:22    Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13409538        E-mail/Text: mrdiscen@discover.com Jun 17 2020 04:22:17    Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13404077       +E-mail/Text: mrdiscen@discover.com Jun 17 2020 04:22:17    Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13404074        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 17 2020 04:28:38    Chase,    Po Box 15298,
                 Wilmington, DE 19850
13404080       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 17 2020 04:22:58    Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13404081        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 17 2020 04:29:27
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13472913        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 17 2020 04:29:31
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13404084       +E-mail/Text: JWAGNER@TBFGROUP.COM Jun 17 2020 04:22:28    Tbf Financial Llc,
                 740 Waukegan Rd Ste 404,    Deerfield, IL 60015-5505
13791371       +E-mail/Text: Bankruptcy@wsfsbank.com Jun 17 2020 04:23:38
                 Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 11th Fl.,
                 Wilmington, DE 19801-7405
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Township of Valley,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13461507       ##Township of Valley,    c/o James R. Wood, Esq.,    Portnoff Law Assocs Ltd.,
                 1000 Sandy Hill Rd., Ste. 150,    Norristown, PA 19401
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Jun 16, 2020
                              Form ID: 138NEW          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:

```
          DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society
           bkgroup@kmllawgroup.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Valley jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
           Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    SETERUS, INC. bankruptcy@powerskirn.com
          JOSHUA I. GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society
           Josh.Goldman@padgettlawgroup.com
          JOSHUA I. GOLDMAN    on behalf of Creditor    Federal National Mortgage Association
           Josh.Goldman@padgettlawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WARREN  LEVY    on behalf of Joint Debtor Amy R. Smiler wlevy@keaveneylegalgroup.com,
           jday@keaveneylegalgroup.com;r46514@notify.bestcase.com
          WARREN  LEVY    on behalf of Debtor Jeremy A. Smiler wlevy@keaveneylegalgroup.com,
           jday@keaveneylegalgroup.com;r46514@notify.bestcase.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jeremy A. Smiler and Amy R. Smiler
        Debtor(s)                      Bankruptcy No: 14−18215−elf
                                                        Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                 900 Market Street
                                       Suite 400
                                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                          For The Court
                                                                       Timothy B. McGrath
                                                                         Clerk of Court

Dated: 6/16/20

                                                                                                                  131 − 130
                                                                                                             Form 138_new